**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TY INC., | ) | |
| | ) | |
| Plaintiff. | ) | Case No. 1:18-cv-02354 |
| | ) | |
| v. | ) | Hon. Martha M. Pacold |
| | ) | |
| TARGET CORPORATION and | ) | |
| MGS GROUP, LTD., | ) | |
| | ) | |
| Defendants. | ) | |

**AGREED MOTION TO ENTER JUDGMENT PURSUANT
TO TY'S ACCEPTANCE OF TARGET'S RULE 68 OFFER OF JUDGMENT**

Plaintiff Ty Inc. ("Ty") and Defendant Target Corporation ("Target"), by and through their respective undersigned attorneys, and pursuant to FED.R.CIV.P. 68(a), hereby move the Court to enter Judgment against Target Corporation in the form attached hereto as Exhibit C. The attached judgment fully satisfies and extinguishes all claims for award against Target that Ty may have or may have had in this action, but it does not satisfy or extinguish Ty's claims in this matter against co-defendant MGS Group, Ltd. This motion is based on the following:

On December 20, 2022, Target served a Rule 68 Offer of Judgment on Ty Inc., a copy of which is attached hereto as Exhibit A;

Target's Rule 68 Offer of Judgment was accepted by Ty on December 21, 2022, a copy of which is attached hereto as Exhibit B; and

Pursuant to consultation amongst counsel, Ty and Target have agreed on the form and substance of the final judgment to be entered against Target, which proposed final judgment is attached as Exhibit C.[1]

WHEREFORE Ty and Target hereby jointly request that this Court enter judgment in favor of Ty Inc. and against Target Corporation pursuant to FED.R.CIV.P. 68(a) in the form attached hereto as Exhibit C, which contains the terms of the judgment agreed by the parties.

Notwithstanding the entry of judgment against Target, Ty notes that this case remains pending and unresolved against Defendant MGS Group ("MGS"), and Ty is concurrently submitting a separate status report concerning additional proceedings relating to MGS.

Dated: January 5, 2023                                        Respectfully submitted,

| Ty Inc. | Target Corporation |
|---|---|
| By: /s/ J. Aron Carnahan<br>    *One of its Attorneys* | By: /s/ David R. Merritt<br>    *One of its Attorneys* |
| J. Aron Carnahan<br>Laurie A. Haynie<br>Husch Blackwell LLP<br>120 South Riverside Plaza, Suite 2200<br>Chicago, IL  60606<br>Direct: 312.526.1612<br>Fax: 312.655.1501<br>aron.carnahan@huschblackwell.com<br>laurie.haynie@huschblackwell.com | David R. Merritt<br>James R. Steffen<br>Faegre Drinker Biddle & Reath, LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN  55402<br>Direct: 612-766-7105<br>david.merritt@faegredrinker.com<br>james.steffen@faegredrinker.com<br><br>***Attorneys for Defendant Target Corporation*** |

---

[1] This proposed judgment is also being sent to the Court's clerk via e-mail pursuant to the Court's motion procedures.

*-and-*

ULMER & BERNE LLP

Scott E. Rogers
ULMER & BERNE LLP
500 W. Madison Street, Suite 3600
Chicago, IL  60661
Tel. 312-658-6570
srogers@ulmer.com

*Attorneys for Plaintiff Ty Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing **AGREED MOTION TO ENTER JUDGMENT AGAINST TARGET PURSUANT TO TY'S ACCEPTANCE OF TARGET'S RULE 68 OFFER OF JUDGMENT** was filed and served upon counsel of record via the Court's CM/ECF System on this 5th day of January, 2023.

/s/ J. Aron Carnahan